UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:04CR114 |
|---|---|
| v. | ) **ORDER** |
| [2] CARLOS RIOS RIOS | ) **TO DISMISS THE INDICTMENT** |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **(2) CARLOS RIOS RIOS** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

Signed: October 19, 2015

Richard L. Voorhees
United States District Judge